[Submitted by:]

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY
Section Chief
Wildlife and Marine Resources Section
BRIDGET KENNEDY McNEIL, Senior Trial Attorney (CO Bar No. 34299)
999 18th Street, Suite 370
Denver, CO 80202
Tel.: 303-844-1484
Fax: 303-844-1450
bridget.mcneil@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | | |
|---|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | ) | |
| | ) | 3:13-CV-1419 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STIPULATED REQUEST TO |
| | ) | RESCHEDULE JULY 1, 2013 |
| REBECCA BLANK, *et al.*, | ) | CASE MANAGEMENT CONFERENCE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Local Civil Rule 6-2, the parties hereby submit this stipulated request for the Court to reschedule the July 1, 2013 case management conference due to counsel's previously-planned absence. As set forth in the accompanying declaration of Bridget Kennedy McNeil, Defendants' counsel will be out of the country from June 25 through July 8, 2013. Accordingly, counsel requests that the case management conference be held on July 15, 2013 or anytime thereafter at the court's earliest convenience.

This requested two-week extension of the case management conference date will not affect the schedule in this case, as the case is still in its initial stages. The parties do not require alteration of the June 24, 2013 deadline for the case management report.

This is the first time modification requested and, if granted, would be the first time modification received in this case.

Respectfully submitted this 21st day of May, 2013.

For Plaintiffs:

DAVIS WRIGHT TREMAINE LLP

   /s/ Gwen Fanger
James P. Walsh (CA State Bar No. 184620)
Gwen Fanger (CA State Bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:       (415) 276-6599
Email:           budwalsh@dwt.com
                      gwenfanger@dwt.com

*Attorneys for Plaintiffs*
PACIFIC DAWN LLC, OCEAN GOLD SEAFOODS, INC., CHELLISSA LLC and JESSIE'S ILWACO FISH COMPANY

For Defendants:                    IGNACIA S. MORENO
                                   Assistant Attorney General
                                   United States Department of Justice
                                   Environment & Natural Resources Division

                                   ___/s/ Bridget Kennedy McNeil_____
                                   BRIDGET KENNEDY MCNEIL
                                   Senior Trial Attorney
                                   Wildlife and Marine Resources Section
                                   999 18th Street
                                   South Terrace, Suite 370
                                   Denver, CO 80202
                                   Telephone: 303-844-1484
                                   Fax: 303-844-1350
                                   Email: bridget.mcneil@usdoj.gov

                                   *Attorneys for the United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____05/23_____, 2013

The Honorable Thelton E. Henderson
Senior Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Thelton E. Henderson]*