[Submitted by:]

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY
Section Chief
Wildlife and Marine Resources Section
BRIDGET KENNEDY McNEIL, Senior Trial Attorney (CO Bar No. 34299)
999 18th Street, Suite 370
Denver, CO 80202
Tel.: 303-844-1484
Fax: 303-844-1450
bridget.mcneil@usdoj.gov


*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | | |
|---|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | ) | |
| | ) | 3:13-CV-1419 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STIPULATED REQUEST TO |
| | ) | RESCHEDULE JULY 1, 2013 |
| REBECCA BLANK, *et al.*, | ) | CASE MANAGEMENT CONFERENCE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1  Pursuant to Local Civil Rule 6-2, the parties hereby submit this stipulated request for the

2  Court to reschedule the July 1, 2013 case management conference due to counsel's previously-

3  planned absence.  As set forth in the accompanying declaration of Bridget Kennedy McNeil,

4  Defendants' counsel will be out of the country from June 25 through July 8, 2013.  Accordingly,

5  counsel requests that the case management conference be held on July 15, 2013 or anytime

6

7  thereafter at the court's earliest convenience.

8  This requested two-week extension of the case management conference date will not

9  affect the schedule in this case, as the case is still in its initial stages.  The parties do not require

10  alteration of the June 24, 2013 deadline for the case management report.

11

12  This is the first time modification requested and, if granted, would be the first time

13  modification received in this case.

14

15  Respectfully submitted this 21st day of May, 2013.

16

17

18  For Plaintiffs:                    DAVIS WRIGHT TREMAINE LLP

19                                        ___/s/ Gwen Fanger_____
                                         James P. Walsh (CA State Bar No. 184620)
20                                        Gwen Fanger (CA State Bar No. 191161)
                                         DAVIS WRIGHT TREMAINE LLP
21                                        505 Montgomery Street, Suite 800
                                         San Francisco, California  94111
22                                        Telephone:    (415) 276-6500
                                         Facsimile:    (415) 276-6599
23                                        Email:         budwalsh@dwt.com
24                                                       gwenfanger@dwt.com

25                                        *Attorneys for Plaintiffs*
26                                        PACIFIC DAWN LLC, OCEAN GOLD
                                         SEAFOODS, INC., CHELLISSA LLC and
27                                        JESSIE'S ILWACO FISH COMPANY

28

For Defendants:

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

_____ /s/ Bridget Kennedy McNeil _____
BRIDGET KENNEDY MCNEIL
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1484
Fax: 303-844-1350
Email: bridget.mcneil@usdoj.gov

*Attorneys for the United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____05/23_____, 2013

The _____ derson
Senior

Judge Thelton E. Henderson