IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC DAWN LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>REBECCA BLANK, et al.,<br><br>    Defendants. | NO. C13-1419 TEH<br><br><u>ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING AND HEARING SCHEDULE</u> |

The Court has reviewed the parties' recently filed joint case management statement and finds that there is no reason to conduct a case management conference at this time. Accordingly, the July 15, 2013 case management conference is hereby VACATED.

With good cause appearing, IT IS HEREBY ORDERED that the parties' jointly proposed briefing schedule is adopted:

1. Plaintiffs shall file their motion for summary judgment on or before **July 29, 2013**.

2. Defendants' opposition and cross-motion shall be filed on or before **September 13, 2013**.

3. Plaintiffs' opposition and reply shall be filed on or before **September 27, 2013**.

4. Defendants' reply shall be filed on or before **October 11, 2013**.

IT IS FURTHER ORDERED that Plaintiffs and Defendants shall notice their motions for hearing on **November 4, 2013, at 10:00 AM**, or any subsequent Monday that is convenient to the parties and not a court holiday.

//

//

//

1  The parties' request for extension of page limits is DENIED. All briefing shall
2 comply with the page limits set forth in the Civil Local Rules, with Defendants' opposition
3 and cross-motion and Plaintiffs' opposition and reply following the 25-page limit for
4 opposition briefs.

6 **IT IS SO ORDERED.**

8 Dated:   06/26/13

   THELTON E. HENDERSON, JUDGE
   UNITED STATES DISTRICT COURT