IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC DAWN LLC, et al.,

    Plaintiffs,

v.

REBECCA BLANK, et al.,

    Defendants.

NO. C13-1419 TEH

ORDER RE: MOTION TO INTERVENE

    This matter is currently before the Court on a motion to intervene brought by Midwater Trawlers Cooperative; Trident Seafoods Corporation; Dulcich, Inc. d/b/a/ Pacific Seafood Group; Arctic Storm Management Group, LLC; and the Environmental Defense Fund ("Proposed Intervenors"). After reviewing the parties' papers, the Court is inclined to allow intervention with the following modifications to the briefing schedule ordered on June 26, 2013:

    1. Proposed Intervenors' opposition to Plaintiffs' motion for summary judgment shall be filed on or before **September 13, 2013**, and shall be limited to no more than 15 pages.

    2. The page limit on Plaintiffs' opposition and reply, due on or before **September 27, 2013**, shall be extended to 35 pages.

    3. Proposed Intervenors' response to Plaintiffs' opposition shall be filed on or before **October 11, 2013**, and shall be limited to no more than 10 pages.

    If the parties and Proposed Intervenors agree to intervention subject to these conditions, they shall submit a stipulation and proposed order on or before **July 19, 2013**. If they do not agree, then the Court will hold a hearing on **July 29, 2013, at 10:00 AM**, at which time the parties and Proposed Intervenors shall address why they believe an order

allowing intervention with the above conditions is not within this Court's discretion. The July 22, 2013 hearing is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 07/15/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2