John L. Boos, Esq. (SBN 70222)
Jack.Boos@klgates.com
Daniel W. Fox (SBN 268757)
Dan.Fox@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Michael F. Scanlon, Esq. (*pro hac vice*)
Michael.Scanlon@klgates.com
**K&L GATES LLP**
1601 K Street, N.W.
Washington, DC   20006
Telephone:    (202) 778-9000
Facsimile:    (202) 778-9100

J. Timothy Hobbs, Esq. (*pro hac vice*)
Tim.Hobbs@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Telephone:    (206) 623-7580
Facsimile:    (206) 623-7022

*Attorneys for Midwater Trawlers, Trident Seafoods, Pacific Seafood, and Arctic Storm*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC DAWN LLC, OCEAN GOLD SEAFOODS, INC., CHELLISSA LLC, and JESSIE'S ILWACO FISH COMPANY,<br><br>　　　　　　　　　　　　Plaintiffs,<br>vs.<br><br>PENNY PRITZKER, Secretary of Commerce, in her official capacity as Secretary of the United States;[1] NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　　　　　　　　Defendants. | No. 3:13-cv-01419-TEH<br><br>**STIPULATED ORDER GRANTING MOTION TO INTERVENE**<br><br>Hon. Thelton E. Henderson |

---

[1] Secretary Pritzker was confirmed on June 25, 2013, and is automatically substituted in for Acting Secretary Blank, pursuant to Fed. R. Civ. P. 25(d).

This matter having come before the Court on the Motion to Intervene by Midwater Trawlers Cooperative, Trident Seafoods Corporation, Dulcich, Inc. d/b/a Pacific Seafood Group, Arctic Storm Management Group, LLC, and Environmental Defense Fund (collectively, "Intervenor-Defendants") (Dkt. # 26), and pursuant to the Court's Order Re: Motion to Intervene (Dkt. # 45) and the parties' Stipulation Re: Motion to Intervene (Dkt. # 46), it is hereby ORDERED that:

1. The Intervenor-Defendants' Motion to Intervene (Dkt. # 26) is GRANTED.

2. The Intervenor-Defendants shall file their Answer (Dkt. # 26-8) to the Plaintiffs' Complaint within three court days of this Order;

3. The briefing schedule originally set by the Court's Order Vacating Case Management Conference and Setting Briefing and Hearing Schedule (Dkt. # 44) is hereby modified as follows:

    a. Plaintiffs shall file their motion for summary judgment on or before **July 29, 2013**.

    b. Defendants' and Intervenor-Defendants' oppositions and cross-motions shall be filed on or before **September 13, 2013**. The Intervenor-Defendants' opposition and cross-motion shall be limited to no more than 15 pages.

    c. Plaintiffs' opposition and reply shall be filed on or before **September 27, 2013** and shall be limited to no more than 35 pages.

    d. Defendants' and Intervenor-Defendants' reply briefs shall be filed on or before **October 11, 2013**. The Intervenor-Defendants' reply brief shall be limited to no more than 10 pages.

     e.   Plaintiffs, Defendants, and Intervenor-Defendants shall notice their motions for hearing on **November 4, 2013, at 10:00 AM**, or any subsequent Monday that is convenient to the parties and not a court holiday.

**IT IS SO ORDERED.**

Dated: _____07/22\_\_\_, 2013



_____
Hon.
United

Presented By:

K&L GATES LLP

By: /J. Timothy Hobbs_____
    John L. Boos (SBN 70222)
    Jack.Boos@klgates.com
    Daniel W. Fox (SBN 268757)
    Dan.Fox@klgates.com
    Michael Scanlon (*pro hac vice*)
    Michael.Scanlon@klgates.com
    J. Timothy Hobbs (*pro hac vice*)
    Tim.Hobbs@klgates.com

Attorneys for Midwater Trawlers Cooperative, Trident Seafoods Group, Dulcich, Inc. d/b/a Pacific Seafood Group, and Arctic Storm Management Group, LLC

ENVIRONMENTAL DEFENSE FUND

By: /s Monica Goldberg_____
    Monica Goldberg (SBN # 176311)
    1875 Connecticut Ave NW, Ste 600
    Washington, DC 20009
    Tel: (202) 387-3500
    Fax: (202) 234-6049
    Email: mgoldberg@edf.org

Attorney for Environmental Defense Fund

UNITED STATES DEPARTMENT OF JUSTICE

By: __/s Bridget Kennedy McNeil____
    Bridget Kennedy McNeil
    United States Department of Justice
    999 18th Street
    South Terrace, Suite 370
    Denver, CO 80202
    Tel: (303) 844-1484
    Fax: (303) 844-1350
    Bridget.Mcneil@usdoj.gov

Attorneys for Federal Defendants

DAVIS WRIGHT TREMAINE LLP

By: __/s James Patrick Walsh_____
    James Patrick Walsh
    Gwendolyn L. Fanger
    Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111
    Tel: (415) 276-6500
    Fax: (415) 276-6599
    budwalsh@dwt.com
    gwenfanger@dwt.com

Attorneys for Plaintiffs