John L. Boos, Esq. (SBN 70222)
Jack.Boos@klgates.com
Daniel W. Fox (SBN 268757)
Dan.Fox@klgates.com
**K&L GATES LLP**
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220

Michael F. Scanlon, Esq. (*pro hac vice*)
Michael.Scanlon@klgates.com
**K&L GATES LLP**
1601 K Street, N.W.
Washington, DC  20006
Telephone:   (202) 778-9000
Facsimile:    (202) 778-9100

J. Timothy Hobbs, Esq. (*pro hac vice*)
Tim.Hobbs@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Telephone:   (206) 623-7580
Facsimile:    (206) 623-7022

*Attorneys for Midwater Trawlers, Trident Seafoods, Pacific Seafood, and Arctic Storm*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC DAWN LLC, OCEAN GOLD SEAFOODS, INC., CHELLISSA LLC, and JESSIE'S ILWACO FISH COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PENNY PRITZKER, Secretary of Commerce, in her official capacity as Secretary of the United States;[1] NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | No. 3:13-cv-01419-TEH<br><br>**STIPULATED ORDER GRANTING MOTION TO INTERVENE**<br><br>Hon. Thelton E. Henderson |

---

[1] Secretary Pritzker was confirmed on June 25, 2013, and is automatically substituted in for Acting Secretary Blank, pursuant to Fed. R. Civ. P. 25(d).

---

Case No. 3:13-cv-01419-TEH            - 1 -
STIPULATED ORDER GRANTING
MOTION TO INTERVENE

This matter having come before the Court on the Motion to Intervene by Midwater Trawlers Cooperative, Trident Seafoods Corporation, Dulcich, Inc. d/b/a Pacific Seafood Group, Arctic Storm Management Group, LLC, and Environmental Defense Fund (collectively, "Intervenor-Defendants") (Dkt. # 26), and pursuant to the Court's Order Re: Motion to Intervene (Dkt. # 45) and the parties' Stipulation Re: Motion to Intervene (Dkt. # 46), it is hereby ORDERED that:

1. The Intervenor-Defendants' Motion to Intervene (Dkt. # 26) is GRANTED.

2. The Intervenor-Defendants shall file their Answer (Dkt. # 26-8) to the Plaintiffs' Complaint within three court days of this Order;

3. The briefing schedule originally set by the Court's Order Vacating Case Management Conference and Setting Briefing and Hearing Schedule (Dkt. # 44) is hereby modified as follows:

    a. Plaintiffs shall file their motion for summary judgment on or before **July 29, 2013**.

    b. Defendants' and Intervenor-Defendants' oppositions and cross-motions shall be filed on or before **September 13, 2013**.  The Intervenor-Defendants' opposition and cross-motion shall be limited to no more than 15 pages.

    c. Plaintiffs' opposition and reply shall be filed on or before **September 27, 2013** and shall be limited to no more than 35 pages.

    d. Defendants' and Intervenor-Defendants' reply briefs shall be filed on or before **October 11, 2013**.  The Intervenor-Defendants' reply brief shall be limited to no more than 10 pages.

e.  Plaintiffs, Defendants, and Intervenor-Defendants shall notice their motions for hearing on **November 4, 2013, at 10:00 AM**, or any subsequent Monday that is convenient to the parties and not a court holiday.

**IT IS SO ORDERED.**

Dated: _____07/22_____, 2013



_____
Hon.
United

Presented By:

K&L GATES LLP

By: /J. Timothy Hobbs_____
   John L. Boos (SBN 70222)
   Jack.Boos@klgates.com
   Daniel W. Fox (SBN 268757)
   Dan.Fox@klgates.com
   Michael Scanlon (*pro hac vice*)
   Michael.Scanlon@klgates.com
   J. Timothy Hobbs (*pro hac vice*)
   Tim.Hobbs@klgates.com

Attorneys for Midwater Trawlers Cooperative, Trident Seafoods Group, Dulcich, Inc. d/b/a Pacific Seafood Group, and Arctic Storm Management Group, LLC

ENVIRONMENTAL DEFENSE FUND

By: /s Monica Goldberg_____
   Monica Goldberg (SBN # 176311)
   1875 Connecticut Ave NW, Ste 600
   Washington, DC 20009
   Tel: (202) 387-3500
   Fax: (202) 234-6049
   Email: mgoldberg@edf.org

Attorney for Environmental Defense Fund

UNITED STATES DEPARTMENT OF JUSTICE

By: __/s Bridget Kennedy McNeil____
    Bridget Kennedy McNeil
    United States Department of Justice
    999 18th Street
    South Terrace, Suite 370
    Denver, CO 80202
    Tel: (303) 844-1484
    Fax: (303) 844-1350
    Bridget.Mcneil@usdoj.gov

Attorneys for Federal Defendants

DAVIS WRIGHT TREMAINE LLP

By: __/s James Patrick Walsh_____
    James Patrick Walsh
    Gwendolyn L. Fanger
    Davis Wright Tremaine LLP
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111
    Tel: (415) 276-6500
    Fax: (415) 276-6599
    budwalsh@dwt.com
    gwenfanger@dwt.com

Attorneys for Plaintiffs